IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COUTO, ARTHUR et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-656C |
| | ) | (Judge Williams) |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Elizabeth Thomas as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Elizabeth Thomas
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street N.W.

Dated: September 28, 2006

/s/ Elizabeth Thomas
Elizabeth Thomas
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-514-4325

**CERTIFICATE OF FILING**

I hereby certify that on this 28th day of September, 2006, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas