IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COUTO, ARTHUR et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-656C<br>(Judge Williams) |
| Defendant. | ) | |

JOINT MOTION TO STAY PROCEEDINGS

The plaintiffs, Mr. Arthur Couto, Mr. Ronald Thompson, and Mr. James Siciliano, and defendant, the United States, respectfully request that the Court stay proceedings in this case for a period of 57 days,[1] to and including January 11, 2007. This is the first request for a stay of this case.

On September 16, 2006, the plaintiffs filed a complaint alleging that they are entitled to overtime compensation from the United States Department of the Army ("Army")because the Army failed to provide them overtime pay at the rate provided by the Fair Labor Standards Act, 29 U.S.C. § 207. Our response is due November 15, 2006.

Based upon preliminary discussions, the parties believe that this matter may be appropriate for settlement. Accordingly, staying this litigation to give the parties an opportunity to explore the possibility of resolving this matter without further briefing and formal discovery will conserve the parties' and this

[1] The 57 days is calculated from November 15, 2006, the date defendant's response to the complaint is due.

Court's resources, and pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

The parties propose that they submit a joint status report no later than January 11, 2007, informing the Court of their progress.

For the foregoing reasons, the plaintiffs and defendant respectfully request that the Court stay proceedings in this case for a period of 57 days, to and including January 11, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Steven J. Gillingham
Steven J. Gillingham
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel:(202) 353-4175
Fax:(202) 514-7956

Attorneys for Defendant

Molly A. Elkin
Woodley & McGillivary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855

Attorney for Plaintiff

November 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, a copy of the foregoing "JOINT MOTION TO STAY PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas