# In the United States Court of Federal Claims

**(No. 06-656C)**
**(Filed November 14, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COUTO, ARTHUR ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING JOINT MOTION FOR STAY

On November 9, 2006, the parties requested that the Court stay further proceedings in this matter for 57 days, to and including, January 11, 2007. The parties wish to explore the possibility of resolving this matter without further briefing. Good cause having been shown, this motion is **GRANTED.** The Court hereby stays further proceedings until **January 11, 2007**, at which time the parties shall file joint status report .

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**