IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTHUR COUTO, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-656C |
| | ) | (Judge Williams) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In accordance with the Court's November 14, 2006 Order, the parties respectfully submit the following status report.

Since the parties' November 9, 2006 motion to stay the proceedings, defendant has been conducting a thorough review of plaintiffs' claims. The agency requires further time to complete its investigation as to whether plaintiffs' positions are FLSA non-exempt. Based upon the investigation conducted to date, the parties believe that this matter may be appropriate for settlement. Defendant has also reviewed and analyzed the leave and earnings statements and payroll data for the three plaintiffs in this Fair Labor Standards Act ("FLSA") case in an effort to compute a possible backpay award. Defendant's counsel is forwarding the calculation sheets to plaintiffs' counsel today by electronic mail. Plaintiffs' counsel will review the calculation sheets with plaintiffs to determine whether they are accurate. Thereafter, defendant's counsel and plaintiffs' counsel will attempt to resolve any disputed amounts that have been identified by the plaintiffs. Counsel for the parties believe that they have made substantial progress towards settling this case.

Counsel for the parties believe that they will be able to effectuate a final settlement agreement of plaintiffs' claims by March 9, 2007. If this case is not resolved and dismissed by that date, the parties propose that they submit a joint status report on March 9, 2007 informing the Court of their progress.

For the foregoing reasons, the plaintiffs and the defendant respectfully request that the Court continue the stay in proceedings up to and including March 9, 2007 to allow the parties the time that they need to attempt to resolve this matter without Court intervention.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW
Suite 400
Washington, D.C.20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs
Date: January 11, 2007

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-4175
Fax (202) 514-7956
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Molly A. Elkin
Molly A. Elkin