# In the United States Court of Federal Claims

**(No. 06-656C)**
**(Filed January 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COUTO, ARTHUR ET AL.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER CONTINUING THE STAY

---

On November 9, 2006, the parties requested that the Court stay further proceedings in this matter for 57 days, to and including, January 11, 2007. The parties wished to explore the possibility of resolving this matter without further briefing. On November 14, 2006, the motion was granted, and the Court stayed the proceedings until January 11, 2007. The parties were directed to filed a joint status report by that date. On January 11, 2007, the parties filed a joint status report on the progress of settlement negotiations, and stated that they believe that the matter is appropriate for settlement. The parties move that the stay be continued until March 9, 2007, so that they may have time to resolve this matter without the Court's intervention. Good cause having been shown, the motion is hereby, **GRANTED**. The parties shall file with this Court a joint status report by **March 9, 2007**, informing the Court of their progress.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**