IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTHUR COUTO, et al., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-656C |
| | ) | (Judge Mary Ellen Coster Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Armando Rodriguez-Feo, who is replacing Elizabeth Thomas, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Armando Rodriguez-Feo
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202)307-0163
Fax: (202)514-8624
E-mail: Armando.Rodriguez-Feo@usdoj.gov

Attention: Classification Unit, 8th Floor
1100 L Street, NW

Dated: March 8, 2007

s/ Armando Rodriquez-Feo
Armando Rodriguez-Feo
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: 202-307-3390
Armando.Rodriguez-Feo@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this 8th day of March 2007, a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo