| | | |
|---|---|---|
| ARTHUR COUTO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-656C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In accordance with this Court's January 16, 2007 order, the parties respectfully submit the following status report.

On March 7, 2007, the parties reached a tentative settlement in this matter and respectfully request that this Court continue the stay in proceedings until March 23, 2007, in order to allow for formalization of the agreement.

For the foregoing reasons, the plaintiffs and the defendant respectfully request that the Court continue the stay in proceedings up to and including March 23, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW
Suite 400
Washington, D.C.20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

/s/ STEVEN J. GILLINGHAM
Assistant Director

/s/ ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Attorneys for Defendant

Date: March 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390