# In the United States Court of Federal Claims

**(No. 06-656C)**
**(Filed: March 13, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COUTO, ARTHUR ET AL.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONTINUING STAY

On March 9, 2007, the parties filed a joint status report stating that they had reached a tentative settlement in this matter and requested the Court continue the stay in proceedings until March 23, 2007. Good cause having been shown, the Court hereby continues the stay until **March 23, 2007**, at which time the parties shall file a joint status report, reporting on the progress of settlement negotiations.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**