IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTHUR COUTO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-656C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STATUS REPORT</u>

In accordance with this Court's March 13, 2007 order, the parties respectfully submit the following joint status report.

On March 7, 2007, the parties reached a tentative settlement in this matter and respectfully requested that this Court continue the stay of proceedings until March 23, 2007, to provide time for defendant's counsel to submit necessary settlement recommendation memoranda to the authorized representative of the Attorney General.

As of today, March 23, 2007, the recommendation memoranda is currently before the authorized representative, who has yet to formally act upon plaintiffs' written settlement offer. Accordingly, the parties request that the current stay be extended to allow the authorized representative of the Attorney General to act upon plaintiffs' offer.

For the foregoing reasons, the parties respectfully request that the Court continue the stay of proceedings for another week, up to and including March 30, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ STEVEN J. GILLINGHAM
Assistant Director

/s/ ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Attorneys for Defendant

/s/ MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW
Suite 400
Washington, D.C.20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

Date: March 23, 2007

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390