# In the United States Court of Federal Claims

**(No. 06-656C)**
**(Filed: March 26, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COUTO, ARTHUR ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONTINUING STAY

On March 23, 2007, the parties filed a joint status report in which they requested that the Court continue the stay in this matter for 7 days, to and including March 30, 2007. Good cause having been shown, the Court hereby continues the stay until **March 30, 2007**, at which time the parties shall file a joint status report, reporting on the progress of settlement negotiations.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**