IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTHUR COUTO, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-656C |
| | ) | (Judge Williams) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

In accordance with the Court's March 26, 2007 Order, the parties respectfully submit the following joint status report.

On March 26, 2007, defendant forwarded to plaintiffs' counsel a signed settlement agreement resolving all of plaintiffs' claims in this case. On that same date, plaintiffs' counsel signed the settlement agreement and returned a copy to defendant's counsel. In accordance with paragraph 2 of the parties' executed settlement agreement, on March 28th, defendant's counsel delivered the Judgment Fund Transmittal information to the Department of Treasury so that payment of the settlement monies can be effectuated.

Pursuant to paragraph 2.b. of the parties' executed settlement agreement, the settlement monies should be paid by the Department of Treasury on or before May 11, 2007. Once plaintiffs receive payment, the parties shall file a joint dismissal of plaintiffs' claims with prejudice.

For the foregoing reasons, the parties propose that the stay in this case continue until May 11, 2007. If payment is not made by this date, the parties

propose that they submit a joint status report on May 14, 2007. If payment is made before May 11, 2007, the parties will dismiss the case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/Armando Rodriguez-Feo
ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390

Attorneys for Defendant

S/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW
Suite 400
Washington, D.C.20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

Date: March 30, 2007

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo