IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARTHUR COUTO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-656C |
| | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs join the United States, and, pursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims, stipulate that the Court dismiss the complaint with prejudice with all parties bearing their own costs and expenses. The parties have reached a settlement and attorneys fees have been agreed upon by the parties pursuant to a settlement agreement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ STEVEN J. GILLINGHAM
Assistant Director

s/ MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, NW
Suite 400
Washington, D.C.20005
Tel: (202) 833-8855
Fax: (202) 452-1090

Attorney for Plaintiffs

s/ ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax (202) 514-8624
Attorneys for Defendant

Date: May 8, 2007

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ ARMANDO RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax (202) 514-8624